UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     JOHN MICHAEL WHALEN AND ROSA MARIA ALVAREZ,

Case No.: 17-33318
Chapter: 7
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

_Bunce D. Atkinson_, _Trustee_ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _Michael B. Kaplan_ on _February 5, 2018_ at _10:00_ a.m. at the United States Bankruptcy Court, Courtroom no. _8_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 122 Muhlen Platz, Unit D, Freehold, NJ 07728 ($123,540.00)

Liens on property: Roundpoint Mortgage-5032 Parkway Plaza Blvd., Charlotte, NC 28217 ($132,982.00)

Amount of equity claimed as exempt: $23,675.00

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Esq.
Address: PO Box 8415, Red Bank, NJ 07701
Telephone No.: 732-530-5300

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-33318-MBK
John Michael Whalen                                                     Chapter 7
Rosa Maria Alvarez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jan 03, 2018
                              Form ID: pdf905          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
```
db/jdb        +John Michael Whalen,   Rosa Maria Alvarez,   122 Muhlen Platz, Unit D,
                Freehold, NJ 07728-5466
cr            +CAB East LLC, serviced by Ford Motor Credit Compan,   P.O. Box 62180,
                Colorado Springs, CO 80962-2180
517182908     +Best Buy,   P.O. Box 15235,   Wilmington, DE 19886-5235
517182909     +Bestbuy/cbna,   Credit Control, LLC,   P.O. Box 31179,   Tampa, FL 33631-3179
517182911    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank Usa,   15000 Capital One Dr,   Richmond, VA 23238)
517182912     +Capital One National,   Po Box 26625,   Richmond, VA 23261-6625
517182913     +Centra State Medical Center,   901 West Main Street,   Freehold, NJ 07728-2549
517182914     +Central Jersey Emerg. Med. Assoc,   P.O. Box 7200,   Freehold, NJ 07728-7200
517182915     +Comenity Bank/pier 1,   4590 E Broad St,   Columbus, OH 43213-1301
517182917      First Bank Card,   PO Box 2951,   Omaha, NE 68103-2951
517182918     +Fmc-omaha Service Ct,   Po Box Box 542000,   Omaha, NE 68154-8000
517182919     +Fnb Omaha,   Po Box 3412,   Omaha, NE 68103-0412
517182920      Herbert I. Ellis, Esq.,   87 South Street, First Floor,   Freehold, NJ 07728
517182921     +Hyundai Capital Americ,   4000 Macarthur Blvd Ste,   Newport Beach, CA 92660-2558
517182925     +Macy's/dsnb,   Po Box 8218,   Mason, OH 45040-8218
517182924     +Macy's/dsnb,   c/o Credit Control, LLC,   P.O. Box 31179,   Tampa, FL 33631-3179
517182926    ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
                (address filed with court: Nissan-infiniti Lt,   2901 Kinwest Pkwy,   Irving, TX 75063)
517182927      PC Richard,   co Allied Interstate,   P. O. Box 1954,   Southgate, MI 48195-0954
517182928     +Raymour & Flanigan,   P.O. Box 130,   Liverpool, NY 13088-0130
517182929     +Roundpoint Mortgage,   5032 Parkway Plaza Blvd,   Charlotte, NC 28217-1934
517182930     +Sears/cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
517182934     +Syncb/pc Richards,   c/o Encore Receivable Management, Inc.,   400 N. Rogers Rd,
                P.O. box 3330,   Olathe, KS 66063-3330
517182936     +Wellsfargo Financial,   Po Box 94498,   Las Vegas, NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 03 2018 23:18:50     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2018 23:18:48     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517182910     +E-mail/Text: kzoepfel@credit-control.com Jan 03 2018 23:18:52     Capital One / Kohl's,
                c/o Credit Control, LLC,   5757 Phantom Drive, Ste 330,   Hazelwood, MO 63042-2429
517182916     +E-mail/PDF: creditonebknotifications@resurgent.com Jan 03 2018 23:21:30     Credit One Bank Na,
                Po Box 98875,   Las Vegas, NV 89193-8875
517182922     +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 03 2018 23:18:05     Kohl's / Capital One,
                P.O. Box 2983,   Milwaukee, WI 53201-2983
517182923     +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 03 2018 23:18:05     Kohl's / Capital One,
                Kohl's Credit,   P.O. Box 3043,   Milwaukee, WI 53201-3043
517182932     +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2018 23:21:27     Syncb/Jcp,   Po Box 965007,
                Orlando, FL 32896-5007
517182931     +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2018 23:21:17     Syncb/jc Penneys,
                c/o Advanced Call Center Technologies,   P.O. Box 9091,   Johnson City, TN 37615-9091
517182933     +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2018 23:21:17     Syncb/lowes,   Po Box 965005,
                Orlando, FL 32896-5005
517182935     +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2018 23:21:41     Syncb/pc Richards,
                Po Box 965036,   Orlando, FL 32896-5036
517185322     +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2018 23:21:41     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Jan 03, 2018
                              Form ID: pdf905            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
              Bunce  Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce  Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Roundpoint Mortgage Servicing Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Joint Debtor Rosa Maria Alvarez bkwoliver@aol.com,
               r59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor John Michael Whalen bkwoliver@aol.com,
               r59915@notify.bestcase.com
                                                                                              TOTAL: 7
```