UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:    :    Case no.:    17-33318-MBK
        :
John Michael Whalen    :    Chapter:    7
Rosa Maria Alvarez    :
        :    Judge:    Kaplan
        :
    Debtor(s)    :
_____:

## CERTIFICATION OF NO OBJECTION

I _____Alyson M. Guida_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒    Abandonment

☐    Public Sale

☐    Private Sale

☐    Settlement of Controversy

☐    Auctioneer Compensation

Description of Property (if applicable):
122 Muhlen Platz, Unit D, Freehold, NJ 07728.

JEANNE A. NAUGHTON, Clerk

Date: 01/30/2018        By: Alyson M. Guida

*rev.2/10/17*