UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                    Case No.                    -MBK

                    Debtor(s)                             Chapter 7

**NOTICE OF HEARING ON REAFFIRMATION AGREEMENT**

You are hereby notified of a hearing before the Honorable Michael B. Kaplan, United States Bankruptcy Judge.

SUBJECT OF HEARING:  Issues Regarding Proposed Reaffirmation Agreement between Debtor and Creditor _____

| Excessive Interest Rate | Debtor Part C Incomplete | Insufficient Income |
| --- | --- | --- |
| Relates to a Mortgage | Creditor Payment Information Incomplete | Relying on 3rd Party Income |
| Other: | Presumption of Undue Hardship | |

---

LOCATION OF HEARING:  Clarkson S. Fisher United States Courthouse
Courtroom #8
402 East State Street
Trenton, NJ  08608

DATE AND TIME:        _____ at _____

---

PRIOR to the Hearing Date, Pro Se Debtors may call Chambers at to 609 858 9397 to Request a Hearing by Telephone.

Parties Wishing to Appear in Person Must Advise Chambers Prior to the Hearing Date, <u>Otherwise the Matter Will Be Heard on the Papers</u>

---

Please note that the Director of the Administrative Office of the United States Courts has published a recommended form of Reaffirmation Agreement, Form B240A (4/10) and Reaffirmation Agreement Cover Sheet, Form B27 (12/09).  These forms are available on this Court's website at www.njb.uscourts.gov. Click on Forms, then AO Procedural  Forms.  If you have not already done so, please file a substitute Reaffirmation Agreement using Form B240A (4/10)  and Reaffirmation Agreement Cover Sheet using Form B27 (12/09).

                                                                                Clerk

                                                                        Jeanne A Naughton

I hereby certify that I mailed a copy of the above notice to:

Debtor(s); Attorney for the Debtor(s)(if any); Creditor; Attorney for the Creditor (if any); United States Trustee.