## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In re:  John Michael Whalen         Case No.    17-33318    -MBK
        Rosa Maria Alvarez

        Debtor(s)                   Chapter 7

## NOTICE OF HEARING ON REAFFIRMATION AGREEMENT

You are hereby notified of a hearing before the Honorable Michael B. Kaplan, United States Bankruptcy Judge.

SUBJECT OF HEARING:  Issues Regarding Proposed Reaffirmation Agreement between Debtor and
Creditor _____ Nissan-Infiniti LT _____

☐ Excessive Interest Rate      ☐ Debtor Part C Incomplete           ☐ Insufficient Income

☐ Relates to a Mortgage        ☐ Creditor Payment Information        ☐ Relying on 3rd Party
                                 Incomplete                            Income

☑ Other:  PRO SE               ☑ Presumption of Undue Hardship

------------------------------------------------------------------------------------------

LOCATION OF HEARING:  Clarkson S. Fisher United States Courthouse
                      Courtroom #8
                      402 East State Street
                      Trenton, NJ  08608

DATE AND TIME:  ___3/15/18_____  at  ___10:00AM_____

------------------------------------------------------------------------------------------

PRIOR to the Hearing Date, Pro Se Debtors may call Chambers at  to 609 858 9397 to Request a Hearing by Telephone.

Parties Wishing to Appear in Person Must Advise Chambers Prior to the Hearing Date,
Otherwise the Matter Will Be Heard on the Papers

------------------------------------------------------------------------------------------

Please note that the Director of the Administrative Office of the United States Courts has published a
recommended form of Reaffirmation Agreement, Form B240A (4/10) and Reaffirmation Agreement
Cover Sheet, Form B27 (12/09).   These forms are available on this Court's website at www.njb.uscourts.gov.
Click on Forms, then AO Procedural  Forms.  If you have not already done so, please file a substitute Reaffirmation
Agreement using Form B240A (4/10)  and Reaffirmation Agreement Cover Sheet using Form B27 (12/09).

                                                        Clerk

                                                        Jeanne A Naughton

I hereby certify that I mailed a copy of the above notice to:

 Debtor(s); Attorney for the Debtor(s)(if any); Creditor; Attorney for the Creditor (if any);
 United States Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-33318-MBK
John Michael Whalen                                                                              Chapter 7
Rosa Maria Alvarez
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 15, 2018
                             Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2018.
db/jdb          +John Michael Whalen,    Rosa Maria Alvarez,    122 Muhlen Platz, Unit D,
                 Freehold, NJ 07728-5466
cr              +Nissan-Infiniti LT,    C/O Stewart, Zlimen & Jungers, Ltd.,    2860 Patton Rd.,
                 Roseville, MN 55113-1100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2018 at the address(es) listed below:
              Bunce Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce  Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor John Michael Whalen bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Rosa Maria Alvarez bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                              TOTAL: 7