**Order Filed on March 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>John Michael Whalen and Rosa Maria Alvarez | Case No.: _____17-33318_____<br>Chapter: _____7_____<br>Hearing Date: _____<br>Judge: _____KAPLAN_____ |

## ORDER CONCERNING REAFFIRMATION AGREEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 16, 2018**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having reviewed the reaffirmation agreement between the debtor and _____Nissan-Infiniti LT_____ filed in this case on _____02/05/2018_____, it is hereby ORDERED that:

☐ The reaffirmation agreement is APPROVED.

■ The reaffirmation agreement is NOT APPROVED. However, the Court finds and concludes that the debtor(s) has fully complied with the deadlines of 11 U.S.C. § 521(a)(2), 521(a)(6) and 362(h). Accordingly, the creditor must seek further order of this Court to exercise any remedies under the subject installment loan agreement with respect to any pre-petition non-monetary defaults thereunder.

IT IS FURTHER ORDERED that pursuant to D.N.J. LBR 4001-2:

(a) It shall not be a violation of the automatic stay or the discharge injunction for secured creditors to send regular monthly statements and payment coupons to individual debtors in cases under Chapter 7, Chapter 13, and Chapter 11 of the Bankruptcy Code.

(b) In the event that debtors fail to make timely payments, it shall not be a violation of the automatic stay or the discharge injunction for secured creditors to send reminder statements, provided that the statements are informational only, and do not demand payment.

*revised 12/16/14*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 17-33318-MBK
John Michael Whalen                                             Chapter 7
Rosa Maria Alvarez
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                Page 1 of 1              Date Rcvd: Mar 16, 2018
                              Form ID: pdf903            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2018.
db/jdb         +John Michael Whalen,   Rosa Maria Alvarez,   122 Muhlen Platz, Unit D,
                 Freehold, NJ 07728-5466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:
         Bunce   Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com,
          maraujo@atkinsondebartolo.org
         Bunce   Atkinson    bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
         John R. Morton, Jr.   on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
          LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
         Rebecca Ann Solarz    on behalf of Creditor   Roundpoint Mortgage Servicing Corporation
          rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         William H. Oliver, Jr.   on behalf of Joint Debtor Rosa Maria Alvarez bkwoliver@aol.com,
          R59915@notify.bestcase.com
         William H. Oliver, Jr.   on behalf of Debtor John Michael Whalen bkwoliver@aol.com,
          R59915@notify.bestcase.com
                                                                                               TOTAL: 7
```